The People of the State of New York, Respondent, 
against
Philip Jean Laurent, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Kevin B. McGrath, J.), rendered August 14, 2013, after a nonjury trial, convicting him of two counts of harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Kevin B. McGrath, J.), rendered August 14, 2013, affirmed.
The verdict convicting defendant of two counts of second-degree harassment (see Penal Law § 240.26[1]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility. Defendant's intent to harass, annoy or alarm complainant may be inferred from his conduct in the two domestic disputes at issue (see People v Mack, 76 AD3d 467 [2010], lv denied 15 NY3d 922 [2010]). In the first incident, defendant became angry at and hit complainant, his live-in companion, grabbed her neck and smacked her cheek so hard that her dentures flew out of her mouth; in the second incident, defendant got on top of complainant as she lay in bed, stated "no other bitch" was going to send him to jail, and started punching and hitting complainant, and grabbing her throat. The fact that the court acquitted defendant on other charges does not require a different conclusion (see People v Gutierrez, 91 AD3d 491 [2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: March 22, 2019